UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLGA MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-03068-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND<br><br>**ECF No. 22** |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 3.

IT IS ORDERED that the motion, **ECF No. 22, is GRANTED**. The above-captioned case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

If the Commissioner does not issue a fully favorable decision on the record upon remand, then Plaintiff will have the opportunity for a *de novo* hearing. On remand, the Commissioner will further develop the record and issue a new decision. The Commissioner will direct the Administrative Law Judge to:

ORDER - 1

1. Re-evaluate the medical source opinions of Aaron Killpack D.O., Cecilia Cooper Ph.D., and John Robinson Ph.D., and explain the weight afforded to each of these opinions, pursuant to 20 CFR 404.1527 and Social Security Rulings 96-2p and 96-5p;

2. Re-evaluate the claimant's symptoms pursuant to 20 CFR 404.1529;

3. Reassess the claimant's residual functional capacity pursuant to 20 CFR 404.1545 and Social Security Rulings 85-16 and 96-8p;

4. Further evaluate whether the claimant could perform the physical and mental demands of her past relevant work as she actually performed this work or as generally performed in the national economy; and, if necessary, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to **enter judgment for Plaintiff**, provide copies of this order to the parties and **CLOSE THE FILE**.

DATED this 2nd day of November, 2016.

*S/ Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2