# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Olga Martinez<br>*Plaintiff*<br>v.<br>Carolyn W Colvin<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-03068-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Stipulated Motion for Remand, ECF 22, GRANTED. Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a stipulated motion for Remand, ECF No. 23, GRANTED.

Date: 11/2/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler